UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                      Case No. 1:03-CR: 178

                                      HON. DAVID W. McKEAGUE*

ANTHONY O. MULLEN,

      Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO
VACATE, SET ASIDE OR CORRECT HIS SENTENCE**

In accordance with the Court's Memorandum Opinion of even date,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendant's motion brought pursuant to 28 U.S.C. §2255 is **DENIED**.

Dated: June 23, 2005                                        /s/    David W. McKeague
                                                                   DAVID W. McKEAGUE
                                                                   UNITED STATES CIRCUIT JUDGE

---

      *Hon. David W. McKeague, United States Circuit Judge, Sixth Circuit Court of Appeals, sitting by designation.